1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | Lexi Negin, Bar #250376
Assistant Federal Defender
3 | 801 I Street, 3rd. Floor
Sacramento, California  95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
JOSE ALEJANDRO FARIAS VALDOVINOS

6

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                    )    CASE NO. CR-S-10-302 GEB
                                               )
12 |                   Plaintiff,               )
                                               )    STIPULATION AND PROPOSED ORDER TO
13 |        v.                                  )    CONTINUE STATUS HEARING AND TO
                                               )    EXCLUDE TIME PURSUANT TO THE
14 | JOSE ALEJANDRO                             )    SPEEDY TRIAL ACT
    FARIAS VALDOVINOS,                          )
15 |                                            )
                   Defendant.                  )
16 | _____   )

17          This case is currently scheduled for a status hearing on November 19, 2010.  The attorneys for both

18 parties have conferred and agree that additional time is needed for defense preparation and meetings

19 between the parties with the goal being to resolve the case by way of a disposition.

20          The parties, through their respective counsel, hereby stipulate and agree that the status conference

21 scheduled in this case for Friday, November 19, 2010, be continued until Friday, February 11, 2011.  In

22 addition, the parties stipulate that the time period from November 19, 2010, to February 11, 2011,  be

23 excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4), due to the

24 need to provide defense counsel with the reasonable time to prepare taking into account the exercise of due

25 diligence.

26 ///

27 ///

28

1

1    A proposed order is attached and lodged separately for the court's convenience.

2

3    DATED:November 18, 2010

4              Respectfully submitted,

5

6    BENJAMIN B. WAGNER                          DANIEL J. BRODERICK
     United States Attorney                      Federal Defender

7

8    *By:   /s/ Lexi Negin for*                   */s/ Lexi Negin*
     MICHELE BECKWITH                            LEXI NEGIN
9    Assistant U.S. Attorney                     Assistant Federal Defender
     Attorney for United States                  Attorney for Jose Alejandro Farias Valdovinos

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-10-302 GEB |
| Plaintiff, | ) |
| v. | ) PROPOSED ORDER CONTINUING STATUS<br>) HEARING AND EXCLUDING TIME |
| JOSE ALEJANDRO<br>FARIAS VALDOVINOS, | ) PURSUANT TO THE SPEEDY TRIAL ACT |
| Defendant. | ) |
| | ) |

For the reasons set forth in the stipulation of the parties, filed on November 18, 2010,  IT IS

HEREBY ORDERED that the status conference currently scheduled for Friday, November 19, 2010,

be vacated and that the case be set for **Friday, February 11, 2011, at 9:00 a.m.**  The Court finds that the

ends of justice to be served by granting a continuance outweigh the best interests of the public and the

defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the

parties' November 18, 2010, stipulation, the time within which the trial of this matter must be commenced

under the Speedy Trial Act is excluded during the time period from November 19, 2010, through February

11, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide

defense counsel with the reasonable time to prepare taking into account the exercise of due diligence.

Dated:   November 18, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

2