BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
MICHELE BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSE ALEJANDRO FARIAS VALDOVINOS,<br><br>　　　　　Defendant. | NO. 2:07-CR-00177 KJM<br>NO. 2:10-CR-00302 KJM<br><br>STIPULATION AND ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT, AND SETTING FURTHER STATUS CONFERENCE DATE<br><br>Court:  Hon. Kimberly J. Mueller |

　　　Whereas, on July 28, 2011, the parties appeared before the Court for a status conference in both of the above-referenced cases;

　　　Whereas, at the status conference, the Court granted the request of J.M. Irigoyen, Esq., for leave to substitute into both cases as Valdovinos' retained counsel and relieved Assistant Federal Defender ("AFD") Lexi Negin as appointed defense counsel.

　　　Whereas, AFD Negin advised the Court that discovery in the drug prosecution, Case No. 2:07-CR-00177-KJM, was provided to Mr. Irigoyen that morning prior to the hearing and that discovery in

1

1  unlawful entry prosecution, Case No. 2:10-CR-00302-KJM, will be
2  mailed to Mr. Irigoyen later that day; and
3      Whereas, Mr. Irigoyen requested time until September 29,
4  2011, to review the discovery,
5      It is hereby stipulated and agreed, by and between the
6  parties, through their respective counsel, that:
7      1.  A further status conference be set for both cases on
8          September 29, 2011, at 10:00 a.m.;
9      2.  The failure to grant a continuance in both cases would
10         deny defense counsel reasonable time necessary for effective
11         preparation of Valdovinos' defense, taking into account the
12         exercise of due diligence; and
13     3.  The time period from the July 28, 2011, status
14         conference to, and including, the new status conference on
15         September 29, 2011, shall be excluded in computing the time
16         within which the trial of both matters must be commenced
17         under the Speedy Trial Act, pursuant to 18 U.S.C.
18         § 3161(h)(7)(A) and (B)(iv) and Local Code T4 pertaining to
19         reasonable time necessary for defense counsel to prepare.
20                      Respectfully submitted,
21
22 Dated:  August 3, 2011
23 BENJAMIN B. WAGNER               J.M. IRIGOYEN
   United States Attorney
24
   By: /s/ Samuel Wong              /s/ J.M. Irigoyen
25 SAMUEL WONG                      Attorney for defendant
   MICHELE BECKWITH                 Jose Alejandro Farias Valdovinos
26 Assistant U.S. Attorneys         (per email authorization)
27
28

                                    1

**ORDER**

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order in both cases.  The Court sets a new status conference hearing on September 29, 2011, at 10:00 a.m. for both cases.  The Court orders that time from July 28, 2011, to, and including, September 29, 2011, shall be excluded from computation of time within which the trial of both of these cases must be commenced under the Speedy Trial Act, pursuant to Local Code T4.

The Court finds that the failure to grant a continuance in both cases would deny defense counsel reasonable time necessary for effective preparation of Valdovinos' cases, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance in both cases outweigh the interests of the public and defendant in a speedy trial.

It is so ordered.

Dated: August 8, 2011.

_____
UNITED STATES DISTRICT JUDGE

2